| | |
|---|---|
| **STATE OF MONTANA,** | |
| **Plaintiff,** | **CAUSE NO. CDC-03-202** |
| **vs.** | **NUNC PRO TUNC** |
| **JAMES SWANK,** | **ORDER TO CORRECT** |
| **Defendant,** | **DECISION** |

The Decision of August 6, 2009 of the Sentence Review Division was incorrect in that the Decision was noted as affirmed. At the August 6, 2009 sentence review hearings, the defendant had requested a continuance in this matter and it was granted by the Division.

NOW, THEREFORE, IT IS ORDERED ADJUDGED AND DECREED THAT the August 6, 2009 Decision shall be amended and the Application for Review of Sentence shall be continued to the next available hearing on November 12, 2009. Notice will be given four weeks prior to the hearing informing the defendant and counsel of the actual date and time of the hearing.

DATED this 28th day of August, 2009.

Chairperson, Hon. Stewart Stadler

## From: The District Court of the 4th Judicial District. County of Missoula.

| | |
|---|---|
| **STATE OF MONTANA,** | |
| **Plaintiff,** | **CAUSE NO. DC-08-22** |
| **vs.** | **DECISION** |
| **MARCO TATE,** | |
| **Defendant,** | |

On April 10, 2009, the defendant was sentenced, for violation of the conditions of a suspended sentence, to five (5) years in the Montana State Prison, for the offense of Aggravated Assault, a felony.

On August 6, 2009, the defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The defendant was present and was represented by Ethan Lerman. The state was not represented.

Before hearing the application, the defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also increase it. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

Rule 17 of the Rules of the Sentence Review Division of the Supreme Court of Montana provides that "the sentence imposed by the District Court is presumed correct, and the sentence will not be reduced or increased unless it is deemed clearly inadequate or excessive." (§46-18-904(3), MCA).

The Division finds that the reasons advanced for modification are insufficient to hold that the sentence imposed by the District Court is inadequate or excessive.

Therefore, it is the unanimous decision of the Sentence Review Division that the sentence shall be affirmed.

Done in open Court this 6th day of August, 2009.

DATED this 20th day of August, 2009.

Chairperson, Hon. Stewart Stadler, Member, Hon. Blair Jones and Member, Richard Simonton.